AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California

E-filing

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

CV 08 3147

V.

MICHELLE VELASQUEZ

**JCS**

TO:

Michelle Velasquez
4919 Scarlett Way
San Jose, CA 95111

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAWNIELL ZAVALA (SBN: 253130)
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

PHONE: (415) 268-2000
FAX: (415) 268-1999

an answer to the complaint which is served on you with this summons, within ___20___ days after service summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JUL 1 2008

| CLERK | DATE |
|---|---|
| MARY ANN BUCKLEY | |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date　　　　　　Signature of Server _____

　　　　　　　　　　　　　　　　Address of Server _____

---

[(1)] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.