1 | Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994
Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com
5

6 | Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
7 | WARNER BROS. RECORDS INC.;
INTERSCOPE RECORDS; and UMG
8 | RECORDINGS, INC.

9

10 UNITED STATES DISTRICT COURT
11 NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

12

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br><br>MICHELLE VELASQUEZ,<br><br>Defendant. | CASE NO. 3:08-CV-03147-JCS<br><br>Honorable Joseph C. Spero<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1 **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2 The undersigned party hereby declines to consent to the assignment of this case to a United
3 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
4 a United States District Judge.

6 Dated: July 31, 2008                                              HOLME ROBERTS & OWEN LLP

8                                                                  By:    */s/ Dawniell Alise Zavala*
                                                                          DAWNIELL ALISE ZAVALA
9                                                                         Attorney for Plaintiffs

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
CASE NO. 3:08-CV-03147-JCS
#39107 V1