1 | Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
2 | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994
Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com
5
6 | Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
7 | WARNER BROS. RECORDS INC.;
INTERSCOPE RECORDS; and UMG
8 | RECORDINGS, INC.

9

10 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11 | SAN FRANCISCO DIVISION

12

13 | SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

CASE NO. 3:08-CV-03147-JCS

Honorable Joseph C. Spero

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs,

v.

MICHELLE VELASQUEZ,

Defendant.

---

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 3:08-CV-03147-JCS
#39821 v1 SAF

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2  copyright infringement claim against Defendant Michelle Velasquez, each party to bear its/her own
3  fees and costs.  The Clerk of Court is respectfully requested to close this case.

5  Dated:  September 4, 2008                              HOLME ROBERTS & OWEN LLP

7                                                         By:  ____*/s/ Dawniell Alise Zavala*_____
                                                               DAWNIELL ALISE ZAVALA
8                                                              Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On September 5, 2008, I served the foregoing document described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Michelle Velasquez
> 4919 Scarlett Way
> San Jose, CA 95111

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2008 at San Francisco, California.

_____
Della Grant

PROOF OF SERVICE
Case No. 3:08-cv-03147-JCS
#39821 v1 saf