Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.;
INTERSCOPE RECORDS; and UMG
RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br>　v.<br><br><br>MICHELLE VELASQUEZ,<br><br>　　　　Defendant. | CASE NO. 3:08-CV-03147-~~JCS~~ VRW<br><br>Honorable Joseph C. Spero<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>*IT IS SO ORDERED*<br>*Judge Vaughn R Walker*<br><br>September 12, 2008 |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 3:08-CV-03147-JCS
#39821 v1 SAF

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their copyright infringement claim against Defendant Michelle Velasquez, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: September 4, 2008  HOLME ROBERTS & OWEN LLP

By: ____*/s/ Dawniell Alise Zavala*_____
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |
| 3 | I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am |
| 4 | over the age of eighteen years and not a party to the within action. My business address is 560 |
| 5 | Mission Street, 25th Floor, San Francisco, CA 94105. |
| 6 | On September 5, 2008, I served the foregoing document described as: |
| 7 | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 8 | on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed |
| 9 | envelope addressed as follows: |

Michelle Velasquez<br>
4919 Scarlett Way<br>
San Jose, CA 95111

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant

PROOF OF SERVICE
Case No. 3:08-cv-03147-JCS
#39821 v1 saf